OPINION — AG — ** OKLAHOMA GRAIN STORAGE ACT ** THE "GRAIN STORAGE ACT", PASSED IN 1980, CODIFIED AS 2 O.S. 9-41 [2-9-41], 2 O.S. 9-42 [2-9-42], 2 O.S. 9-43 [2-9-43], 2 O.S. 9-44 [2-9-44] 2 O.S. 9-45 [2-9-45], 2 O.S. 9-46 [2-9-46], 2 O.S. 9-47 [2-9-47], WHICH REQUIRES THAT BOND BE POSTED, IS A VALID EXERCISE OF OKLAHOMA REGULATORY AUTHORITY AND DOES NOT DISCRIMINATE OR UNEQUALLY PROTECT THE RIGHTS OF WAREHOUSE LICENSEES UNDER THE "UNITED STATES WAREHOUSE ACT" WHICH MUST POST BOND AND STATE WAREHOUSE WHICH HAS NO BONDING REQUIREMENT. (AGRICULTURE, EQUAL PROTECTION, GRAIN DEALERS) CITE: 7 U.S.C.A. 241, 7 U.S.C.A. 247
(FLOYD W. TAYLOR)